# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| MERRY F. SHANE, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No.: 3:10-cv-50089 |
| | : | (*Consolidated with Civil Action No. 3:10-cv-50132*) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMCORE FINANCIAL, INC., JOHN A. HALBROOK, FREDERICK D. HAY, STEPHEN S. ROGERS, JOHN W. GLEESON, WILLIAM R. MCMANAMAN, JACK D. WARD, PAULA A. BAUER, PAUL DONOVAN, TERESA IGLESIAS-SOLOMON, JUDITH CARRÈ SUTFIN, DONALD H. WILSON, and DOES 1-20, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## PLAINTIFFS' UNOPPOSED MOTION TO ESTABLISH A PRELIMINARY SCHEDULE OF PROCEEDINGS FOR CONSOLIDATED MATTER

Plaintiffs Merry F. Shane, Michelle Kretsinger and Keith Krestinger ("Plaintiffs") respectfully submit this motion to establish a preliminary schedule of proceedings in the above-captioned consolidated matter, including the filing of any motion for appointment of interim class counsel pursuant to FED. R. CIV. P. 23(g). In support of their motion, Plaintiffs state as follows:

1.  On June 30, 2010, in a minute entry, the Court consolidated *Kretsinger, et al. v. Amcore Financial, Inc., et al.*, Case No. 3:10-cv-50132-FJK(PMM) with *Shane v. Amcore Financial, Inc., et al.*, Case No. 3:10-cv-50089-FJK(PMM) for all purposes pursuant to FED. R. CIV. P. 42(a) with the consolidated matter proceeding under the *Shane* docket.

2.      Further, per the June 30, 2010 minute entry, all pretrial scheduling matters were referred to Magistrate Judge P. Michael Mahoney.

3.      Plaintiffs respectfully request the establishment of a briefing schedule for certain pretrial procedures.   In particular, in the interest of promoting efficient litigation of this consolidated matter, Plaintiffs respectfully request that this Court order and endorse the following schedule for pretrial procedures, such that:

(a)      Any motion for appointment of interim class counsel for the consolidated matter pursuant to Fed. R. Civ. P. 23(g) shall be filed within twenty-one (21) days of the entry of an order granting this unopposed motion; any opposition to the Rule 23(g) motion shall be filed twenty-one (21) days from the filing and service of the Rule 23(g) motion; and any replies in support of the Rule 23(g) motion shall be filed within fourteen (14) days of the filing and service of the opposition to the Rule 23(g) motion;

(b)      Plaintiffs shall file their Consolidated Complaint within sixty (60) days after this Court's determination regarding the Fed. R. Civ. P. 23(g) motion;

(c)      Defendants shall have forty-five (45) days from the filing and service of the Consolidated Complaint to move, answer or otherwise respond;

(d)      Plaintiffs will have thirty (30) days to oppose any dispositive motion brought by Defendants directed at the Consolidated Complaint; and

(e)      Defendants will have thirty (30) days to file and serve any reply.

4.      This motion is made in good faith and not for any dilatory purpose, and the parties will not be prejudiced by the granting of this motion.  Defendants do not oppose this motion.

Dated: July 8, 2010                                Respectfully submitted,

**LASKY & RIFKIND, LTD.**                          **MEYER & HORNING, P.C.**

By: _____/s/ Norman Rifkind_____          By: __/s/ Timothy F. Horning_____
      Norman Rifkind                                Timothy F. Horning
Leigh Lasky                                        3400 North Rockton Avenue
350 N. LaSalle Street                              Rockford, IL 61103
Suite 1320                                         Telephone:  (815) 636-9300
Chicago, IL 60610                                  Facsimile:  (815) 636-9352
Telephone:  (312) 634-0057                         Email:  thmeyerhorning@aol.com
Email:  rifkind@laskyrifkind.com
Email:  lasky@laskyrifkind.com

**BARROWAY TOPAZ KESSLER**                          **EGLESTON LAW FIRM**
**MELTZER & CHECK, LLP**                            Gregory M. Egleston
Edward W. Ciolko                                    360 Furman Street, Suite 443
Mark K. Gyandoh                                     Brooklyn, NY 11201
Julie Siebert-Johnson                              Telephone:  (646) 227-1700
280 King of Prussia Road                           Facsimile:  (646) 227-1701
Radnor, PA 19087                                    Email:  egleston@gme-law.com
Telephone:  (610) 667-7706                                greg.egleston@gmail.com
Facsimile: (610) 667-7056
Email:  eciolko@btkmc.com
Email:  mgyandoh@btkmc.com
Email:  jsjohnson@btkmc.com
*Attorneys for Plaintiffs*
*Michelle Kretsinger and Keith Kretsinger*         **RIGRODSKY & LONG, P.A.**
                                                   Seth D. Rigrodsky
                                                   Brian D. Long
                                                   919 North Market Street, Suite 980
                                                   Wilmington, DE 19801
                                                   Telephone:  (302) 295-5310
                                                   Facsimile:  (302) 654-7530
                                                   Email:  sdr@rigrodskylong.com
                                                   Email:  bdl@rigrodskylong.com

                                                   **RIGRODSKY & LONG, P.A.**
                                                   Timothy J. MacFall
                                                   585 Stewart Avenue, Suite 304
                                                   Garden City, NY 11530
                                                   Telephone:  (516) 683-3516
                                                   Email:  tjm@rigrodskylong.com

                                                   *Attorneys for Plaintiff Merry Shane*