# Egleston Law Firm

Tel: (646) 227-1700

360 Furman Street
Suite 443
Brooklyn, NY 11201
E-mail: greg.egleston@gmail.com
egleston@gme-law.com
Website: http://www.gme-law.com

Fax: (646) 227-1701

April 14, 2010

Ms. Judith Carré Sutfin
Executive Vice President and Chief Financial Officer
Amcore Financial, Inc. Plan Administrator
Amcore Financial, Inc.
501 Seventh Street
Rockford, Illinois 61104

Re: Amcore Financial Security Plan

Dear Ms. Sutfin:

On behalf of our client, Merry F. Shane, we write to request certain documents within the scope of Section 104(b)(4) of the Employee Retirement Income Security Act, 29 U.S.C. § 1132 ("ERISA") related to the Amcore Financial Security Plan (the "Plan"). Specifically, we request the following documents and any amendments thereto for the Plan:

- All Plan documents for the period of May 10, 2005 to the present, including master plan documents, Summary Plan Descriptions, Annual Reports, Trust Agreements, Material Modifications, Prospectuses, SEC Form10-Ks, 11-Ks and S-8s, Internal Revenue Service Form 5500s, Investment Policy Statements and Investment Management Contracts, and all amendments, exhibits, or appendices thereto;

- All communications with participants regarding the Plan and any discussion of investment funds or options;

- All documents which identify the fiduciaries of the Plan;

- Copies of all rules, regulations, bylaws, and procedures adopted by the Plan;



*Ms. Judith Carré Sutfin*
*April 14, 2010*
*Page 2*

- Any documents describing or setting forth fiduciary duties owed to the Plan and the Plan participants; and

- The Plan committee(s) and Board of Directors minutes and resolutions (including the minutes and resolutions of any committees and subcommittees thereof), relating to the Plan, and designation of investment funds or options.

We request that you provide the foregoing documents to us within thirty (30) days of receiving this request.

Very truly yours,

Gregory M. Egleston

cc: Timothy J. MacFall (By E-mail)