*Egleston Law Firm*
360 Furman Street
Suite 443
Brooklyn, NY 11201
E-mail: greg.egleston@gmail.com
Email: egleston@gme-law.com
Website: www.gme-law.com

Tel: (646) 227-1700   Fax: (646) 227-1701

June 3, 2010

**Via First Class Mail**

U.S Department of Labor
Office of Solicitor
N-4611
200 Constitution Avenue, N.W.
Washington, DC 20210

U.S Treasury Department
Office of General Counsel
Room 3000
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

     Re:    *Merry E. Shane v. Amcore Fin., Inc., et al.*, Civil Action No.: 10cv50089

Dear Sir/Madam:

     As requires by 29 U.S.C. § 1132(h), please find a copy of the complaint filed in the above-referenced action.

                            Very truly yours,

                              Gregory M. Egleston

cc:    Timothy J. MacFall (via email w/o attch.)

EXHIBIT C