## *Egleston Law Firm*

360 Furman Street, Suite 443
Brooklyn, New York 11201
E-mail: greg.egleston@gmail.com
egleston@gme-law.com
Website: www.gme-law.com

Tel: (646) 227-1700

Fax: (646) 227-1701

## *FIRM RÉSUMÉ*

The Egleston Law Firm (the "Firm") is based in New York and litigates throughout the state of New York in both state and federal court and throughout the country. The founder of the firm, Gregory M. Egleston, has been engaged in the practice of law for more than ten years. The Firm concentrates in class action litigation on behalf of investors, consumers and small businesses. The Firm has broad experience in the following areas: Employee Retirement Income Security Act of 1974 ("ERISA"), securities and shareholder derivative actions, consumer fraud litigation and other types of complex litigation. Many of the Firm's cases involve complex multi-district litigation. The Firm is experienced in, and thoroughly familiar with, all aspects of complex litigation, including the underlying substantive law, the procedures recommended in the Manual for Complex Litigation and the substance and procedure of class certification.

Before starting the Firm, Mr. Egleston specialized in securities class action litigation, shareholder derivative actions, and consumer fraud litigation at a prominent Manhattan plaintiffs' class action firm. Mr. Egleston has worked on many high profile class actions such as: *In re Deutsche Telekom A.G. Sec. Litig.* (S.D.N.Y.) ($120 million settlement fund); *In re Willbros Group, Inc. Sec. Litig.* (S.D. Tex.) ($10.5 million settlement fund); *In re Lumenis Sec. Litig.* (S.D.N.Y.) ($20.1 million settlement); *In re Royal Dutch/Shell Transport Sec. Litig.* (D.N.J.) ($130 million settlement); *In re Marsh & McClennan Companies, Inc. Sec. Litig.* ($400 million settlement); *Cheney v. Cyberguard Corp.* (S.D. Fla.) ($10 million settlement); *In re United Global Comm., Inc. S'holders Litig.* ($25 million recovery in going-private transactions); *In re Cablevision Sys. Corp. S'holders Litig.* (blocked going-private

Blumberg No. 5192

**EXHIBIT**

*F*

transaction by controlling shareholder leading to payment of a dividend to shareholders worth approximately $2.5 billion); *In re TASER Int'l Sec. Litig.* (D. Ariz.) ($20 million recovery); *Rush v. Footstar, Inc.* (S.D.N.Y.) ($19.3 million recovery); *In re Beazer Homes U.S.A., Inc. Sec. Litig.* (N.D. Ga.) ($30.5 million); *In re TOUSA, Inc. Sec. Litig.* (S.D. Fla.) (Securities class action); *In re BellSouth Corp. Sec. Litig.* (N.D. Ga.) ($35 million recovery); *Barton v. Saab Cars of North America, Inc.* (N.J. Super. Ct.) (Consumer class action -- settlement of $4.25 million); and *Artie's Auto Body, Inc. v. Hartford Fire Ins. Co.* (Conn. Super. Ct.) (Consumer class action).

The Egleston Law Firm is presently involved in the following ERISA class actions: *Ralph Whitley v. BP p.l.c., et al.*, 10-cv-4935 (S.D.N.Y.) (transferred to the N.D. Ill.); *Brian Grote v. James R. Boris, et al.*, 10-cv-00155 (D. Del.); *In re YRC Worldwide, Inc. ERISA Litig.*, Case No.: 09-cv-02593 (D. Kan.) (ERISA class action); and *Bruce Fulmer v. Scott W. Klein, et al.*, Civil Action No. 3:09-CV-2354-N (N.D. Tex.) (the Egleston Law Firm named co-lead counsel).

Mr. Egleston is also involved in a high profile landlord/tenant action entitled *Roberts v. Tishman Speyer, L.P., et al.*, Index No. 07600475 (N.Y. Sup. Ct.). The core legal issue is whether landlords could permissibly deregulate and charge market rents for certain so-called "luxury" apartment units in these complexes in years in which the landlords were simultaneously receiving tax abatements from New York City known as "J-51" benefits. The Court of Appeals ruled that the New York statutory scheme prevents landlords of rent stabilized buildings from charging market rents while receiving J-51 benefits for as long as they continue to receive those tax benefits.

The Firm's approach to each case is the same. It presents an aggressive position for its clients and uses all available resources necessary to achieve the best possible outcome for its clients. In short, the Firm works hard to win settlements for its clients and takes pride in providing a high level of legal service. It also develops a strong working relationship with its clients and will do whatever it takes within

the bounds of the law to get results.

~