

THOMAS O. MEYER

TIMOTHY F. HORNING

NICHOLAS O. MEYER

FIRM RESUME

THE FIRM

    Meyer and Horning P.C. is general practice firm located in Rockford, Illinois. Meyer and Horning P.C. was established over 25 years ago. The firm practices in Federal and State courts in the Northern District of Illinois. The firm's attorneys represent a variety of business, corporate and governmental clients. Attorney of the firm are licensed to practice in the United States' District Court for the Northern District of Illinois, Seventh Circuit Court of Appeals and the United States Supreme Court.

THE FIRMS ATTORNEYS

**Thomas O. Meyer:** Partner with MEYER & HORNING, P.C. mainly practices Civil and Criminal Litigation (State and Federal Courts) Federal Court Practice includes Discrimination Litigation, Contract Litigation and Criminal Defense. State Court Practice includes Probate, Worker's Compensation, Personal Injury, Criminal Defense, Commercial Transactions and Real Estate
Representation of Small Businesses and Governmental Agencies. Attorney Meyer was the Special Assistant Attorney General for the State of Illinois and handled defense of all Worker's Compensation claims for the State of Illinois for Winnebago, Stephenson, Whiteside, Ogle and Boone Counties. Attorney Meyer has been the general counsel for the Rockford Housing Authority for over 20 years. This representation has included various cases before the United States District Court including recently *Jones v. United States Department of Housing and Urban Development/Rockford Housing Authority* 2007 C 50142. Other governmental agencies represented by Attorney Meyer include the Ogle County Housing Authority and Rockford Mass Transit District. Attorney Meyer is licensed to practice before the United States' District Court for the Northern District of Illinois, 7th Circuit Court of Appeals and United States Supreme Court. Attorney Meyer is a member of the bar of the State of Illinois

**Timothy F. Horning:** Partner with MEYER & HORNING P.C. also mainly practices Civil and Criminal litigation. Attorney Horning Federal Court Practice includes Discrimination Litigation, Contract Litigation and Criminal Defense. State Court Practice includes Probate, Worker's Compensation, Personal Injury, Criminal Defense, Commercial Transactions and Real Estate. Attorney Horning was lead counsel in a multi plaintiff employment discrimination case in the Northern District of Illinois entitled *Woodard v. Tower Automotive* 2000 C 50459. Other recent cases include *Muscarello v. Ogle County* 2006 CV 50017 which



was appealed to the 7th Circuit Court of Appeals. Attorney Horning is licensed to practice before the United States' District Court for the Northern District of Illinois and 7th Circuit Court of Appeals. Attorney Horning is a member of the bar of the State of Illinois.

**NICHOLAS O. MEYER**: Associate with MEYER & HORNING P.C. practices mainly criminal defense and civil litigation. Attorney Meyer was previously a public defender with the Winnebago County Public Defender's office for one year. Currently Attorney Meyer practice is mainly in criminal defense and family law. Attorney Meyer is a member of the bar of the State of Illinois.