IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MERRY F. SHANE, INDIVIDUALLY and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMCORE FINANCIAL, INC., JOHN A. HALBROOK, FREDERICK D. HAY, STEPHEN S. ROGERS, JOHN W. GLEESON, WILLIAM R. MCMANAMAN, JACK D. WARD, PAULA A. BAUER, PAUL DONOVAN, TERESA IGLESIAS-SOLOMON, JUDITH CARRE-SUTFIN, DONALD H. WILSON, AND DOES 1 through 20, <br><br> Defendants. | NO. 10 CV 50089 <br> Consolidated with 10 CV 50132 <br><br> Judge Frederick J. Kapala <br> Magistrate P. Michael Mahoney |

## MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND INTERIM LIAISON COUNSEL

    NOW COMES the Plaintiff Merry F. Shane by and through her counsel and pursuant to Rule 23 (g)(2) of the Federal Rules of Civil Procedure state as follows:

    1. Plaintiff request that this Court appoint Rigrodsky & Long P.A and the Egleston Law Firm as Interim Class Counsel and Meyer & Horning P.C. as Interim Liaison Counsel for the proposed class. Plaintiff has submitted a memorandum of law in support of this motion.

                                                                              Timothy F. Horning

Prepared by:
Timothy F. Horning
MEYER & HORNING, P.C.
3400 North Rockton Ave.
Rockford, IL 61103
(815) 636-9300