UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MERRY F. SHANE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMCORE FINANCIAL, INC., JOHN A. HALBROOK, FREDERICK D. HAY, STEPHEN S. ROGERS, JOHN W. GLEESON, WILLIAM R. MCMANAMAN, JACK D. WARD, PAULA A. BAUER, PAUL DONOVAN, TERESA IGLESIAS-SOLOMON, JUDITH CARRÈ SUTFIN, DONALD H. WILSON, and DOES 1-20,<br><br>Defendants. | Civil Action No.: 3:10-cv-50089<br>(*Consolidated with Civil Action No. 3:10-cv-50132*) |

**PLAINTIFFS MICHELLE KRETSINGER AND KEITH KRETSINGER'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 23(g), plaintiffs Michelle Kretsinger and Keith Kretsinger ("Plaintiffs"), through their undersigned counsel, respectfully move this Court to appoint the law firm of Barroway Topaz Kessler Meltzer & Check, LLP as Interim Class Counsel and appoint Lasky & Rifkind, LTD as Interim Liaison Class Counsel. In support of this motion, Plaintiffs aver as follows:

1. On June 30, 2010, this Court entered an Order consolidating *Kretsinger, et al. v. Amcore Financial, Inc., et al.*, Case No. 3:10-cv-50132-FJK (PMM), which was initiated by the Kretsinger Plaintiffs on May 24, 2010 ("*Kretsinger* Complaint"), with *Shane v. Amcore Financial, Inc., et al.*, Case No. 3:10-cv-50089-FJK (PMM), which was initiated by Plaintiff

1

Merry F. Shane on April 14, 2010, for all purposes pursuant to FED. R. CIV. P. 42(a) with the consolidated matter proceeding under the *Shane* docket (the consolidated action is hereinafter referred to as the "Consolidated ERISA[1] Action").

    2.    The Consolidated ERISA Action is brought against Amcore Financial, Inc. ("Amcore" or the "Company") and related ERISA fiduciaries, collectively, "Defendants," on behalf of participants in, and beneficiaries of the Amcore Financial Security Plan (the "Plan").

    3.    The Consolidated ERISA Action asserts that Defendants breached their fiduciary duties under ERISA § 502(a)(2), 29 U.S.C. § 1132(a)(2) in connection with the continued offering of Amcore common stock as an investment option in the Plan despite the fact that the Defendant-fiduciaries knew or should have known Amcore common stock to be an imprudent investment alternative.

    4.    In accordance with Rule 23(g) and the recommendations of the *Manual for Complex Litigation* (4th ed. 2004), Plaintiffs submit for the Court's consideration a Proposed Order which provides for the appointment of Barroway Topaz Kessler Meltzer & Check, LLP as Interim Class Counsel and the appointment of Lasky & Rifkind, LTD as Interim Liaison Class Counsel.

    5.    This Motion is based upon the enclosed Proposed Order, the accompanying Memorandum of Law, the Declaration of Edward W. Ciolko, and all papers and pleadings in this action.

---

[1]     Employee Retirement Income Security Act of 1974.

Dated: August 18, 2010

Respectfully submitted,

/s/ Edward W. Ciolko
Edward W. Ciolko
Mark K. Gyandoh
Julie Siebert-Johnson
**BARROWAY TOPAZ KESSLER**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


Norman Rifkind
**LASKY & RIFKIND, LTD.**
Leigh R. Lasky, Esq.
350 N. LaSalle Street
Suite 1320
Chicago, IL 60610
(312) 634-0057


*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 18, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  I certify under penalty of perjury that the foregoing is true and correct.


                 /s/ Edward W. Ciolko
                 Edward W. Ciolko