# EXHIBIT A



**BARROWAYTOPAZ**
**KESSLERMELTZERCHECK** LLP
ATTORNEYS AT LAW

Writer's Direct Dial:  (610) 822-0242
E-Mail: eciolko@btkmc.com

May 25, 2010

**VIA FEDERAL EXPRESS**

Amcore Financial, Inc.
501 7th Street
Rockford, IL 61104-1242
Attn: Administrator, Amcore Financial Security Plan

>        Re:    *Kretsinger v. Amcore Financial, Inc., et al.*
>               **United States District Court for the Northern District of Illinois**
>               **Case No.:  10-cv-50132**

Dear Sir or Madam:

On behalf of our clients, Michelle and Keith Kretsinger, "participants" in the Amcore Financial Security Plan (the "Plan"), as that term is defined under the Employee Retirement Income Security Act of 1974 ("ERISA"), and the named plaintiffs in *Kretsinger v. Amcore Financial, Inc., et al.*, No. 10-cv-50132 (N.D. Ill.), I write to request all Plan-related documents.

Specifically, I am requesting copies of each of the following documents:  the most recent master Plan Document for the Plan, Summary Plan Descriptions for the Plan, Summaries of Material Modification created since the Plan's most recent operative versions became effective, the Plan's Internal Revenue Service/Department of Labor ("DOL") Form 55008 and SEC Form 11(k)s during the same time period, the Plan's annual reports, and any other bargaining agreement, trust agreement, contract or other instrument under which the Plan and/or any related defined contribution plan are established or operated. *See* ERISA § 104(b)(4).

Additionally, this request includes any contract or instrument describing the composition and/or role of any person(s) charged with administering the Plan, including, but not limited to the

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706   F. 610-667-7056  info@btkmc.com
580 California Street, Suite 1750, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@btkmc.com
WWW.BTKMC.COM



Amcore Financial, Inc.
May 25, 2010
Page 2 of 2


BARROWAYTOPAZ
KESSLERMELTZERCHECK LLP

Board of Directors' Compensation Committee and any entity or committee of Amcore Financial, Inc. (the "Company")[1] with oversight/appointment authority over the Plan/Plan Administrator.

Very truly yours,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

Edward W. Ciolko, Esquire

EWC/db

---

[1] The term "Company" includes each of the subsidiaries and/or affiliates of Amcore Financial, Inc., including, without limitation, Amcore Bank, N.A.



From:   Origin ID: WAYA   (610) 822-0241
Dawn Beck
Barroway Topaz Kessler Meltzer & Ch
280 King of Prussia Road

Radnor, PA 19087


FedEx.
Express

E

Ship Date: 25MAY10
ActWgt: 0.5 LB
CAD: 4520918/INET3010

Delivery Address Bar Code

SHIP TO:   (610) 822-0241          BILL SENDER
**Attn: Admiin, Amcore Fin. Security**
**Amcore Financial, Inc.**
**501 7TH ST**

**ROCKFORD, IL 61104**

Ref #    2010-047
Invoice #
PO #
Dept #

TRK#    7935 7604 6419
0201

WED - 26 MAY   A2
PRIORITY OVERNIGHT

61104
IL-US
ORD

**XH RFDA**

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.