# EXHIBIT C

Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
Tel:  312.324.1000
Fax: 312.324.1001
www.morganlewis.com



**Deborah S. Davidson**
Partner
312.324.1159
ddavidson@MorganLewis.com


July 7, 2010


**VIA E-MAIL**

Edward W. Ciolko                                   Gregory M. Egleston
Barroway Topaz Kessler Meltzer Check, LLP          Egleston Law Firm
280 King of Prussia Rd                             360 Furman Street
Radnor, PA 19087                                   Suite 443
eciolko@btkmc.com                                  Brooklyn, NY 11201
                                                   greg.egleston@gmail.com


Re:     *Kretsinger v. Amcore Financial, Inc. et al.*: Case No. 10-cv-50132 (N.D. Ill.);
        *Shane v. Amcore Financial, Inc. et al.*: Case No. 10-cv-50089 (N.D. Ill.)


Dear Counsel:

We are responding to Ed's letter dated May 24, 2010, and Greg's letter dated June 3, 2010, regarding the preservation of documents and data related to the above-captioned litigation.  We are aware of our clients' preservation obligations under the Federal Rules, and we have taken reasonable steps to meet these obligations with respect to information and records relevant to the litigation, including electronically stored information ("ESI") as may be required.   We also recognize that these obligations are ongoing during the course of litigation, and we will continue to take reasonable steps to meet them.

As you may know, the Federal Deposit Insurance Corporation ("FDIC") and Harris N.A. ("Harris") have obtained physical custody of potentially relevant documents and ESI.  We have requested that the FDIC and Harris preserve these materials while the litigation is pending.  They have informed us that they will do so.

Please confirm in writing that plaintiffs and any agent or representative acting on their behalf (1) are complying with their own obligations under the Federal Rules to preserve documents and data related to this litigation, including ESI; and (2) will continue to do so during the pendency of this litigation.

Morgan Lewis
COUNSELORS AT LAW

Counsel of Record
July 7, 2010
Page 2

Thank you for your anticipated cooperation.

Regards,

MORGAN LEWIS & BOCKIUS LLP

By: _Deborah S. Davidson /kam_
Deborah S. Davidson

cc:   Kirsten A. Milton
      Mark Gyandoh
      Norman Rifkind
      Leigh R. Lasky
      Amelia Susan Newton
      Heidi E. VonderHeide
      Gregory M. Egleston
      Timothy F. Horning