# EXHIBIT D



BARROWAY TOPAZ
KESSLER MELTZER CHECK LLP
ATTORNEYS AT LAW

Writer's Direct Dial: (610) 822-0268
E-Mail: mgyandoh@btkmc.com
*Please reply to the Radnor Office*

July 16, 2010

**VIA E-MAIL**

Deborah S. Davidson
Morgan Lewis & Bockius, LLP
77 West Wacker Drive
Chicago, IL 60601

Re: *Shane v. Amcore Financial, Inc. et al.*
Case No. 10-cv-50089 (N.D. Ill.)
*(Consolidated with Civil Action No. 3:10-cv-50132)*

Dear Debbie:

This letter is in response to your letter dated July 7, 2010 addressed to Ed Ciolko, in which you asked that we confirm plaintiffs and any agent or representative acting on their behalf "(1) are complying with their own obligations under the Federal Rules to preserve documents and data related to this litigation, including ESI; and (2) will continue to do so during the pendency of this litigation."

This letter confirms that our clients understand their need to preserve documents, both tangible and electronic, in accordance with the Federal Rules, and that they have taken and will continue to take steps to meet these obligations with respect to the above-captioned, consolidated action.

Best Regards,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

Mark K. Gyandoh, Esquire

280 King of Prussia Road, Radnor, Pennsylvania 19087 T. 610-667-7706 F. 610-667-7056 info@btkmc.com
580 California Street, Suite 1750, San Francisco, California 94104 T. 415-400-3000 F 415-400-3001 info@btkmc.com
WWW.BTKMC.COM

cc:   Edward W. Ciolko (*via electronic mail*)
      Kirsten A. Milton (*via electronic mail*)
      Norman Rifkind (*via electronic mail*)
      Leigh R. Lasky (*via electronic mail*)
      Ameila Susan Newton (*via electronic mail*)
      Heidi E. VonderHeide (*via electronic mail*)
      Gregory Egleston (*via electronic mail*)

