# EXHIBIT G



**BARROWAYTOPAZ**
**KESSLERMELTZERCHECK** LLP
ATTORNEYS AT LAW

Writer's Direct Dial:  (610) 822-0242
E-Mail: eciolko@btkmc.com

May 27, 2010

**VIA FEDEX**

Office of the Comptroller of the Currency
Midsize Bank Supervision
440 South LaSalle Street, Suite 2700
Chicago, Illinois 60605

> **Re:    Freedom of Information Act Request for Records**
> **Amcore Bank, National Association, CERT #3735, Charter #13652**

Dear Records Custodian:

Under the provisions of the Freedom of Information Act, 5 U.S.C. § 552, I hereby request a copy of records or portions thereof pertaining to the following:

1.   Any documents or communications concerning investigations or examinations into the banking practices of Amcore Bank, N.A. and its holding company Amcore Financial, Inc. and (collectively, "Amcore").

2.   Any documents or communications concerning supervisory actions against Amcore.

3.   Any other documents or communications concerning Amcore including, but not limited to, negotiations, settlements or cease and desist orders.

I agree to pay the applicable duplication fees for the records requested and all associated charges. I understand the Office of the Comptroller of the Currency's Freedom of Information Act regulations to require response within twenty working days and appreciate your timely response.

---

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706   F. 610-667-7056   info@btkmc.com
580 California Street, Suite 1750, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@btkmc.com
WWW.BTKMC.COM



)                                                    )

Office of the Comptroller of the Currency
May 27, 2010
Page 2



If, for any reason, any portion of my request is denied, please inform me of the reasons
for the denial in writing and provide the name and address of the person or body to whom an
appeal should be directed.

Best Regards,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

_____

Edward W. Ciolko, Esquire

From:   Origin ID: WAYA   (484) 270-1470
Julie Wotring
BTKMC
280 King of Prussia Road

Radnor, PA 19087



Ship Date: 27MAY10
ActWgt: 1.0 LB
CAD: 4681499/INET3010

Delivery Address Bar Code

SHIP TO:   (484) 270-1470      BILL SENDER
**Office of the Comptroller**
**Midsize Bank Supervision**
**440 S LA SALLE ST STE 2700**

**CHICAGO, IL 60605**

Ref #    2010x047
Invoice #
PO #
Dept #



TRK#
0201   7935 8513 9090

FRI - 28 MAY   A1
PRIORITY  OVERNIGHT

60605
IL-US
ORD

**XH GYYA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html