# EXHIBIT I

O

Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

August 2, 2010

Edward W. Ciolko
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Dear Mr. Ciolko:

This is in response to your letter dated May 27, 2010, which was received in my office on June 1, 2010 for processing under the Freedom of Information Act, 5 U.S.C. 552.

You requested a copy of records or portions thereof pertaining to the following:

1. Any documents or communications concerning investigations or examinations into the banking practices of Amcore Bank, N.A. and its holding company Amcore Financial, Inc. and (collectively, "Amcore").

2. Any documents or communications concerning supervisory actions against Amcore.

3. Any other documents or communications concerning Amcore including, but not limited to, negotiations, settlements or cease and desist orders.

To obtain records concerning investigations or examinations into the banking practices of the holding company, Amcore Financial, Inc., you need to contact the Federal Reserve Board.

Enclosed, along with an invoice of the charges associated with processing your request, are copies of enforcement actions taken by our office against Amcore Bank, NA. Please be advised that all other documents relevant to the enforcement actions and the OCC's investigation or examination into the banking practices of Amcore Bank are not disclosed to the public. This information is exempted by the authority of 5 U.S.C. 552(b)(4) and 12 C.F.R. 4.12(b)(4), relating to a record that is privileged or contains trade secrets, or commercial financial information, furnished in confidence, that relates to the business, personal, or financial affairs of any person; 5 U.S.C. 552(b)(5) and 12 C.F.R. 4.12(b)(5), relating to an intra agency or interagency memorandum or letter not routinely available by law to a private party in litigation, including, memoranda, reports, and other documents prepared by OCC employees, and records of deliberations and discussions at meetings of OCC employees; and 5 U.S.C. 552 (b)(8) and 12 C.F.R. 4.12(b)(8), relating to a record contained in or related to an examination, operating, or condition report

Edward W. Ciolko
August 2, 2010
Page 2

prepared by, or on behalf of, or for the use of, the OCC or any other agency responsible for regulating or supervising financial institutions.

If you consider any of the above to be an improper denial of your request, you may appeal such denial to the Comptroller of the Currency. The appeal should be filed within 35 days of the date of this letter, should state the circumstances and reasons or arguments in support of the appeal, and be submitted via our online FOIA application at https://appsec.occ.gov/publicaccesslink/ or be mailed to the Manager, Disclosure Services and Administrative Operations, Communications Division, Mailstop 2-3, Office of the Comptroller of the Currency, Washington, DC 20219.

Sincerely yours,

Frank D. Vance, Jr.

Frank D. Vance, Jr.
Manager, Disclosure Services
   & Administrative Operations
Communications Division

Enclosure(s)
2010-00572-F