# EXHIBIT K



June 8, 2010

<u>91 7108 2133 3934 3637 1022</u>

**VIA CERTIFIED MAIL**

U.S. Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

RE: *Kretsinger, et al. v. Amcore Financial, Inc., et al.*
     **U.S.D.C. for the Northern District of Illinois**
     **Western Division**
     Case No.: 3:10-cv-50132

Gentlemen:

    Enclosed please find a true and correct copy of the Complaint that was filed on May 24, 2010 in the above matter.

                                             Very truly yours,

                                             Julie L. Wotring
                                             Paralegal

Enclosure