# EXHIBIT L



**BARROWAY TOPAZ
KESSLER MELTZER CHECK** LLP
ATTORNEYS AT LAW

June 8, 2010

91 7108 2133 3934 3637 1015

**VIA CERTIFIED MAIL**

Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

RE: *Kretsinger, et al. v. Amcore Financial, Inc., et al.*
     **U.S.D.C. for the Northern District of Illinois**
     **Western Division**
     **Case No.: 3:10-cv-50132**

Gentlemen:

    Enclosed please find a true and correct copy of the Complaint that was filed on May 24, 2010 in the above matter.

                        Very truly yours,

                        Julie L. Wotring
                        Paralegal

Enclosure
280 King of Prussia Road, Radnor, Pennsylvania 19087 T. 610-667-7706 F. 610-667-7056 info@btkmc.com
580 California Street, Suite 1750, San Francisco, California 94104 T. 415-400-3000 F. 415-400-3001 info@btkmc.com
WWW.BTKMC.COM

