UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MERRY F. SHANE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMCORE FINANCIAL, INC., JOHN A. HALBROOK, FREDERICK D. HAY, STEPHEN S. ROGERS, JOHN W. GLEESON, WILLIAM R. MCMANAMAN, JACK D. WARD, PAULA A. BAUER, PAUL DONOVAN, TERESA IGLESIAS-SOLOMON, JUDITH CARRÈ SUTFIN, DONALD H. WILSON, and DOES 1-20, <br><br> Defendants. | Civil Action No.: 3:10-cv-50089 <br> (*Consolidated with Civil Action No. 3:10-cv-50132*) <br><br> **F I L E D** <br><br> MAR 2 4 2011 <br><br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

### [~~PROPOSED~~] ORDER GRANTING RENEWED MOTION OF PLAINTIFFS MERRY F. SHANE, MICHELLE KRETSINGER AND KEITH KRETSINGER FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND ESTABLISHMENT OF PRELIMINARY SCHEDULE OF PROCEEDINGS

Upon consideration of Renewed Motion of Plaintiffs' Merry F. Shane, Michelle Kretsinger and Keith Kretsinger For Appointment Of Interim Class Counsel And Establishment of a Preliminary Schedule of Proceedings, it is **HEREBY ORDERED**, that:

**I.      APPOINTMENT OF INTERIM CLASS COUNSEL**

The Court designates Barroway Topaz Kessler Meltzer & Check, LLP and the Egleston Law Firm to act as Interim Co-Lead Class Counsel for the Plaintiffs in this action and all subsequently filed, related actions consolidated herewith, with the responsibilities hereafter described.

Interim Co-Lead Class Counsel shall have the authority over the following matters on behalf of the Plaintiffs and the putative class in this action:

(a) directing, coordinating, and supervising the prosecution of Plaintiffs' claims in the action, including the drafting and filing of a Consolidated Class Action Complaint (the "Consolidated Complaint"), the briefing of any motion(s) to dismiss by any Defendant(s), as well as any class certification motion and any matters pertaining thereto;

(b) initiating and conducting discovery, including, without limitation, coordinating discovery with Defendants' counsel, preparing written interrogatories, requests for admissions, and requests for production of documents;

(c) directing and coordinating the examination of witnesses in depositions;

(d) retaining experts;

(e) communicating with the Court;

(f) communicating with Defendants' counsel; and

(g) conducting settlement negotiations.

No motion shall be initiated or filed on behalf of any Plaintiff in this action except through Interim Co-Lead Class Counsel.

Service of pleadings and other papers by Defendants shall be made only upon Barroway Topaz Kessler Meltzer & Check, LLP and the Egleston Law Firm as Interim Co-Lead Class Counsel, who are authorized and directed to accept service on behalf of the Plaintiffs in this action and any plaintiff in later actions that may be consolidated herewith.

Barroway Topaz Kessler Meltzer & Check, LLP and the Egleston Law Firm are appointed Interim Class Counsel for the putative plaintiff class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure in the above-captioned consolidated action.

II.     **APPOINTMENT OF INTERIM LIAISON CLASS COUNSEL**

The Court also appoints Meyer & Horning, P.C. as Interim Liaison Class Counsel for the putative plaintiff class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure in the above-captioned consolidated action. Interim Liaison Class Counsel is charged with administrative matters such as receiving and distributing notices, orders, motions and briefs, and advising parties of developments in the consolidated action.

III.     **ENTRY OF PRELIMINARY SCHEDULE OF PROCEEDINGS**

The Court **ORDERS AND ENDORSES** the below schedule of proceedings:

(a) Plaintiffs shall file their Consolidated Complaint within sixty (60) days after the entry of this Order;

(b) Defendants shall have forty-five (45) days from the filing and service of the Consolidated Complaint to move, answer or otherwise respond;

(c) Plaintiffs will have thirty (30) days to oppose any dispositive motion brought by Defendants directed at the Consolidated Complaint; and

(d) Defendants will have thirty (30) days to file and serve a reply in support of any dispositive motion directed at the Consolidated Complaint.

**SO ORDERED**, this 24 day of March, 2011.

                                                                  Honorable Frederick J. Kapala
                                                                  United States District Judge