UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MERRY F. SHANE, et al., | Civil Action No.: 3:10-cv-50089 |
| | (*Consolidated with Civil Action No.* |
| Plaintiffs, | *3:10-cv-50132*) |
| v. | Honorable Frederick J. Kapala |
| KENNETH E. EDGE, et al., | Mag. Honorable P. Michael Mahoney |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Plaintiffs Merry F. Shane, Michelle Kretsinger and Keith Kretsinger ("Named Plaintiffs" or "Plaintiffs"), participants in the Amcore Financial Security Plan (the "Plan"), respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval of the Settlement in this Action on the terms of the Settlement Agreement ("Settlement Agreement"), filed with the Court on January 10, 2013 (Docket No. 92-2);

2. Certifying the Settlement Class; and

3. Approving the proposed Plan of Allocation.

The grounds for this Unopposed Motion are set forth in the following papers filed contemporaneously herewith:

A. Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation; and

B.  Joint Declaration of Mark K. Gyandoh and Gregory M. Egleston in Support of Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to The Named Plaintiffs and exhibits thereto.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: April 9, 2013

Respectfully submitted

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**

By: */s/ Mark K. Gyandoh*
Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: eciolko@ktmc.com
Email: pmuhic@ktmc.com
Email: mgyandoh@ktmc.com
Email: jsjohnson@ktmc.com

*Co-Lead Class Counsel*

**GAINEY McKENNA & EGLESTON**

By: */s/ Gregory M. Egleston*
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com

*Co-Lead Class Counsel*

**MEYER & HORNING, P.C.**
Timothy F. Horning
3400 North Rockton Avenue
Rockford, IL 61103
Telephone: (815) 636-9300
Facsimile: (815) 636-9352
Email: thmeyerhorning@aol.com

*Liaison Class Counsel*

**LASKY & RIFKIND, LTD.**
Norman Rifkind, Esq.
Leigh R. Lasky, Esq.
351 W. Hubbard Street
Suite 401
Chicago, IL 60654
Telephone: (312) 634-0057
Email: rifkind@laskyrifkind.com
Email: lasky&laskyrifkind.com

*Counsel for Plaintiffs Michelle Kretsinger and Keith Kretsinger*

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rigrodskylong.com
Email: bdl@rigroskylong.com

**RIGRODSKY & LONG, P.A.**
Timothy J. MacFall
Olga A. Pettigrew
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rigrodskylong.com

*Counsel for Plaintiff Merry F. Shane*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
