## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 50089 | **DATE** | 5/17/2013 |
| **CASE TITLE** | Shane, et al. v. Amcore Financial, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' unopposed motion for attorneys' fees, reimbursement of expenses, and case contribution awards to the named plaintiffs [102] is granted.

■[ For further details see text below.]

Docketing to mail notices.

---

The matter having come before the Court on May 13, 2013, on the application of Class Counsel for an award of attorneys' fees, reimbursement of expenses incurred in the Action, and for Case Contribution Awards for the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

    1.    All of the capitalized terms used herein shall have the same meaning as set forth in the Settlement Agreement dated as of January 10, 2013, and filed with the Court.

    2.    This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

    3.    Class Counsel are hereby awarded attorneys' fees of $1,005,000.00 and reimbursement of expenses in the sum of $143,914.97, to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

    4.    Each of the three Named Plaintiffs is awarded $5,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.