# United States District Court
## Northern District of Illinois
### Western Division

Merry F. Shane, et al.                          **JUDGMENT IN A CIVIL CASE**

          v.                                                    Case Number: 10 C 50089

Amcore Financial, Inc., et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' unopposed motion for final approval of class action settlement, certification of settlement class, and approval of plan allocation is granted. Plaintiffs' claims are dismissed with prejudice. This case is closed.

                                                       Thomas G. Bruton, Clerk of Court

Date: 5/20/2013                            _____
                                                     /s/ Susan Bennehoff, Deputy Clerk